

P31445/E.Rivera

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE

MEMORANDUM

**07CRIM. 746**

**TO:**     Jim Molinelli, Miscellaneous Clerk

**FROM:**   Elisha Rivera, Senior United States Probation Officer

**RE:**     Terrence Jabbar Legare

**DATE:**   August 2, 2007

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On July 06, 2001, the above-named individual was sentenced in the Western District of Virginia outlined in the attached J & C.

In July 2007, we received the Prob. 22's endorsed by the Honorable Norman K. Moon, U.S. District Court Judge, ordering Mr. Legare's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5114.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Elisha Rivera
Senior U.S. Probation Officer